**EXHIBIT A**

**ALL EXECUTED SERVICE OF PROCESS**

1. Welspun Gujarat Stahl Rohren, LTD
2. Welspun Global Trade LLC
3. Latex Construction Company
4. ArcelorMittal
5. LMN Marketing FZE
6. ArcelorMittal Galati S.A.

CAUSE NO. <u>200954103</u>

| | | |
|---|---|---|
| KINDER MORGAN LOUISIANA PIPELINE, LLC | § § § | IN THE DISTRICT COURT |
| Plaintiff(s), | § | |
| VS. | § | 11TH JUDICIAL DISTRICT |
| WELSPUN GUJARAT STAHL ROHREN LIMITED, WELSPUN GLOBAL TRADE LLC, AND LATEX CONSTRUCTION COMPANY | § § § § | |
| Defendant(s). | § | HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Tuesday, September 8, 2009 at 3:30 PM,**
Executed at: **350 NORTH SAINT PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 1:20 PM, on Wednesday, September 9, 2009,
by delivering to the within named:

**WELSPUN GUJARAT STAHL ROHREN LIMITED TRADE WORLD**

By delivering to its' **Domestic Agent, WELSPUN GLOBAL TRADE LLC**
By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, MARIE GARCIA**
Each, in person a true copy of this

### CITATION and PLAINTIFF KINDER MORGAN LOUISIANA PIPELINES LLC'S ORIGINAL PETITION with EXHIBITS

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Randolph K. Burham** who after being duly sworn on oath states: "My name is **Randolph K. Burham.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

<u>Randolph K. Burham</u>

Of:    **Dallas County**

By:    _(signature)_

Authorized Person - SCH267

**Subscribed and Sworn to by Randolph K. Burham, Before Me, the undersigned authority, on this 10TH day of September, 2009.**

CHARITY N. COLEMAN
Notary Public, State of Texas
My Commission Exp. 03-21-2013

_(signature)_ Charity N Coleman

Notary Public in and for The State of Texas

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

RECEIPT NUMBER  4050         0.00
TRACKING NUMBER  72447507    ATX

CAUSE NUMBER    200954103

PLAINTIFF:  KINDER MORGAN LOUISIANA PIPELINE LLC
vs.
DEFENDANT:  WELSPUN GUJARAT STAHL ROHREN LIMITED

In The   11th
Judicial District Court of
Harris County, Texas

## CITATION CORPORATE

### THE STATE OF TEXAS
### County of Harris
TO:  WELSPUN GUJARAT STAHL ROHREN LIMITED TRADE WORLD B WING 9TH FLOOR
KAMALA MILLS COMPOUND SENAPATI BAPAT MARG LOWER PAREL MUMBAI 400 013 INDIA
THROUGH ITS DOMESTIC AGENT WELSPUN GLOBAL TRADE LLC BY SERVING ITS REGISTERED
AGENT C T CORPORATION SYSTEM

350 NORTH ST PAUL STREET  DALLAS TX 75201

Attached is a copy of  PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the _____24th_____ day of _____August_____, 20 _09_, in the
above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

### TO OFFICER SERVING:
This Citation was issued under my hand and seal of said Court, at Houston, Texas, this ___4th___ day of
_____September_____, 20 _09_.

Issued at request of:
DE SLOOVER, TONJA
1301 MCKINNEY #5100
HOUSTON, TX 77010
Tel: (713) 651-5339
Bar Number:  24036474

LOREN JACKSON, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: CUBRO, NELSON     7MM/P4G/8500067

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20___, at _____ o'clock ___.M., endorsed
the date of delivery thereon, and executed it at _____, _____
                                                            (street address)                 (city)
in _____ County, Texas on the _____ day of _____, 20___, at _____ o'clock ___. M.,
by delivering to _____, by delivering to its
                        (the defendant corporation named in citation)
_____, in person, whose name is _____,
(registered agent, president, or vice-president)
a true copy of this citation, with a copy of the _____ Petition attached,
                                                    (description of Petition, e.g., "Plaintiffs Original")
and with accompanying copies of _____
                                          (additional documents, if any, delivered with the petition)
I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20___.
FEE: $ _____                       By: _____
                                                (signature of officer)

                                     Printed Name: _____

                                     As Deputy for: _____
                                                      (printed name & title of sheriff or constable)

Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

                                                            _____
                                                                    Notary Public

N.INT.CITC.P



# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

CONFIRMED FILE DATE: 2/3/2010

TDESLOOVER@FULBRIGHT.COM
DIRECT DIAL: (713) 651-5339

TELEPHONE:    (713) 651-5151
FACSIMILE:     (713) 651-5246

February 3, 2010

**VIA HAND DELIVERY**

Mr. Loren Jackson
District Clerk
201 Caroline, Suite 110
Houston, Texas 77002

**FILED**
Loren Jackson
District Clerk

FEB - 3 2010

Time: _____ HARRIS COUNTY, TEXAS
By _____ Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Re:   CA. No. 2009-54103; *Kinder Morgan Louisiana Pipeline LLC v. Welspun
Gujarat Stahl Rohren Limited, Welspun Global Trade LLC, and Latex
Construction Company*; In the 11th Judicial District Court, Harris County, Texas

Dear Mr. Jackson:

Enclosed in connection with the above matter is Proof of Service on Welspun Gujarat
Stahl Rohren Limited.

Please verify receipt and filing by file marking and returning to the messenger both the
enclosed copy of this letter and the enclosed copy of the documents to be filed.

Thank you for your assistance

Very truly yours,

Tonja D. De Sloover

TD/ddr
Enclosures

cc:   Thomas E. Kuhnle
Bingham McCutchen LLP
1900 University Ave.
East Palo Alto, CA 94303-2223

Via U.S. Mail

2010 FEB -3 PM 2:16

BY _____ DEPUTY

85479498.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC

Mr. Loren Jackson
February 3, 2010
Page 2

       Mr. R. Lee Mann, III                                        Via U.S. Mail
       Kilpatrick Stockton LLP
       1100 Peachtree Street NE
       Suite 2800
       Atlanta, GA 30309-4530

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1)  **that the document has been <u>served on  4th December 2009 at 9th Floor, Kamala Mills  Compound,  Senapati  Bapat  Marg,  Lower  Parel,  Mumbai</u>** **in one of the following methods authorized by article 5:-**

   a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*-

   b) in accordance with the following particular method*

   c) by delivery to the addressee, who accepted it voluntarily*-

**The documents referred to in the request have been delivered to:- Shri Sunil G. Chavan**
*(identity and description of person)*      Relationship to the addressee (family, business or other):-   **The Clerk of Defendant.**

2)      that the document has **not been served**, by reason of the following facts:-

      In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.

Annexes
Documents returned:-...........................

In appropriate cases, documents establishing the service:-................................

**Done at New Delhi, the . 8th January 2010.**

**Signature and stamp**
Central Authority,
Ministry of Law & Justice
Govt. of India, New Delhi.

... IS AUTHORIZED TO USE ...                                          ... CIVIL PROCEDURE AND ...
... FER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Texas

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

FNo 121(475)|09 Judi

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **The Ministry of Law and Justice**<br>**Department of Legal Affairs**<br>**4th Floor, A-Wing, Shastri Bhavan**<br>**110 001 New Delhi**<br><br><br>**India** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*____Welspun Gujarat Stahl Rohren Limited_____
   Trade World, "B" Wing, 9th Floor, Kamala Mills Compound, Senapati Bapat Marg, Lower Parel, Mumbai 400 013, India
                                      Tel:
[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____
_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| --Plaintiff Kinder Morgan Louisiana Pipeline LLC's<br>Original Petition<br>--Exhibits "A" - "H"<br>--Citation<br>--Summary of the Documents to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.       , the<br>                                                     *le* 9|13|c 9 |
|---|---|
|  | Signature and/or stamp.<br>*Signature et/ou cachet.* |
|  | (Formerly OBD-116 which was formerly LAA-116,   USM-94<br>both of which may still be used)            (Est. 11/22/77) |

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

6 OCT 2009

100 44

GPN—J-005b—ARCSCB—4-2002—2,00,000—PA4*          [Spl.—Sm.C.C.94e.
G.R.,J.D., No. 7998, dated 9-12-16]

## In the Court of Small Causes at Bombay

HMR-4883/2009.

### AFFIDAVIT OF SOLEMN AFFIRMATION OF SERVICE
### FOR PROCESS OF ANOTHER COURT

Cause Suit No. 2009-54103 of 20

In The Court of the District Court of Harris County Texas.

Kinder Morgan Louisiana PLAINTIFF :
Pipe Line LLC.

*versus*

Mls. Welspun Gujarat
Stahl Rohren Limited. DEFENDANT.

We                    of                    and

I S. N. Gaikwad. of Bombay a Bailiff of the Court of

Small Causes at Bombay, jointly and severally solemnly affirm and make oath

and say as follows :                    and I the said

for myself first say that I know and I am well acquainted with the

Defendant and that I did on the          day of .          20

[P. T. O.

2 HMR-4883/2009

point out the said Defendant

to the said Bailiff                                    to enable him to serve

Summons, Subpoena, Notice annexed hereto upon the said Defendant.

And I                                                     for myself

say that I did on the     4th     day of Decem 2009

on Mr. Sunil G. Chavan,

serve the Defendant     the clerk at below address. ⊗

with the ~~Summons, Subpoena~~ Notice hereunto annexed and marked with

Judicial Document, Petition, Exhibit-A. to H.

the letter A by delivering to and leaving a duplicate copy of original Summons,

Judicial Document, Petition, Exhibit-A. to H.

~~Subpoena,~~ Notice with the said Defendant

on Mr. Sunil G. Chavan the clerk at ⊗

and at the same time showing him the original thereof and obtained his

~~three~~ signature on the original. ~~Three~~ .

~~Sworn~~ at Bombay aforesaid
Solemnly affirmed

This                          5th          day of Decem 2009

by the Deponents before me.

⊗ M/s. Welspun Gujarat
Stahl Rohren Limited.
Trade World. B-Wing,
9th Floor, Kamala Mills
Compound, Senapati Bapat
Marg. Lower Parel.
Mumbai-400013.

Bailiff.

Registrar
& Head Bailiff    05/12/09

GPN—3-005b—ARCSCB—4-2002—2,00,000—PA4*                    [Spl.—Sm.C.C.94e.
G.R.,J.D., No. 7998, dated 9-12-16]

## In the Court of Small Causes at Bombay

HMR-4883/2009.

### AFFIDAVIT OF SOLEMN AFFIRMATION OF SERVICE
### FOR PROCESS OF ANOTHER COURT

Cause Suit No. 2009-54703 of 20

In The Court of the District Court of Harris county Texas.

Kinder Morgan Louisiana  PLAINTIFF :
Pipe Line LLC.

*versus*

Mls. Welspun Gujarat
Stahl Rohren Limited.    .. DEFENDANT.

~~We~~        ~~of~~                              ~~and~~

I S. N. Gaikwad. of Bombay a Bailiff of the Court of

Small Causes at Bombay, ~~jointly and severally~~ solemnly affirm and make oath

and say as follows :                  and I the said

for myself first say that I know and I am well acquainted with the

Defendant and that I did on the          day of .      20

[P. T. O.

Court of Small Causes. Mumbai.

HMR-4883/2009.

Cause No-2009-54103.

Bailiff's Report.
Served Defendant

Served a copy of the Judicial Document alongwith copy of Petition with copy of Exhibit-A, B, C, D, E, F, G, H, on Mr.— Sunil E. Chavan. the clerk of Defendant. at. M/s. Welspun Gujarat Stahl Rohren Limited. Trade World. B-Wing, 9th floor, Kamala Mills Compound, Senapati Bapat Marg, Lower Parel, Mumbai-400013. on. 4th December 2009. at 1-15 p.m. to 1-35 p.m.— and obtained his three acknowledgements on above original.

SN Gaikwad
Bailiff
4/12/2009
(S. N. Gaikwad)

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Texas

REQUEST *HMP 4883/09*        (475)

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Josh R. Cobb | |
| APS INTERNATIONAL, LTD | The Ministry of Law and Justice |
| APS International Plaza | Department of Legal Affairs |
| 7800 Glenroy Road | 4th Floor, A-Wing, Shastri Bhavan |
| Minneapolis, Minnesota 55439-3122 | 110 001 New Delhi |
| U.S.A. | |
| Tel. 952.831.7776     Fax: 952.831.8150 | India |
| Email: JCobb@CivilActionGroup.com | |

The undersigned applicant has the honour to transmit — in duplicate — the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir — en double exemplaire — a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*     Welspun Gujarat Stahi Rohren Limited

 Trade World, "B" Wing, 9th Floor, Kamala Mills Compound, Senapati Bapat Marg, Lower Parel, Mumbai 400 013, India
                              Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b);_____*
_____
_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents — and of the annexes* — with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte — et de ses annexes — avec l'attestation figurant au verso.*

**List of documents**
*Énumération des pièces*

| | |
|---|---|
| --Plaintiff Kinder Morgan Louisiana Pipeline LLC's | Done at                              , the |
| Original Petition | *Fait à* Minneapolis, Minnesota, U.S.A.     , *le*  9|18|09 |
| --Exhibits "A" - "H" | |
| --Citation | |
| --Summary of the Documents to be Served | |
| | APS INTERNATIONAL |
| | Signature and/or stamp. APS International Plaza |
| | *Signature et/ou cachet.* 7800 Glenroy Road |
| | Minneapolis, MN 55439 |

*judl.*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

ß OCT 2009

1004



Case Name: Kinder Morgan Louisiana Pipeline LLC vs Welspun Gujarat Stahl Rohren Limited
Defendant: Welspun Gujarat Stahl Rohren Limited
Court Case No.: 2009-54103

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.*

1)    that the document has been served*
*1.*    *que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a)*  *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ]  (b)  in accordance with the following particular method*:
       *b)*  *selon la forme particulière suivante:* _____

   [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
       *c)*  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*2.*    *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Plaintiff Kinder Morgan Louisiana Pipeline LLC's Original Petition, Exhibits "A" - "H", Citation

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

Done at _____ , the
*Fait à* _____ , *le* _____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ELEMENTS ESSENTIELS DE L'ACTE

HMP H883109

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

A
5/12/2009

Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante:*      Josh R. Cobb
**APS INTERNATIONAL, LTD**
APS International Plaza, 7800 Glenroy Road, Minneapolis, Minnesota 55439-3122, U.S.A.

Particulars of the parties*:
*Identité des parties*___ Kinder Morgan Louisiana Pipeline LLC v. Welspun Gujarat Stahl Rohren Limited

LIST OF DOCUMENTS: Summary of the Document to be Served,  Plaintiff Kinder Morgan Louisiana Pipeline LLC's Original Petition, Exhibits "A" - "H", Citation

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*____ The purpose of this document is to inform Welspun Gujarat Stahl Rohren Limited that a lawsuit has been
started against them and that they have been joined as a defendant.
Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige:*  Plaintiff's claim against the defendant is for damages and other relief in an
amount to be determined as a result of the defendant's breach of contract.
Date and place for entering appearance**:
*Date et lieu de la comparution:*___ Defendant or defendant's attorney is required to file a written answer to the attached documents with the
clerk of court, 11th Judicial District Court of Harris County, Texas, 201 Caroline, Houston, Texas 77002 (PO Box 4651, Houston,
Texas 77210), U.S.A., by 10:00 am on the Monday next following the expiration of 20 days after service of the attached documents.
Court which has given judgment**:
*Juridiction qui a rendu la décision:*____ N/A

Date of judgment**:
*Date de la décision:*____ N/A
Time limits stated in the document**:
*Indication des délais figurant dans l'acte:*  Defendant or defendant's attorney is required to file a written answer to the attached documents
with the clerk of court by 10:00 am on the Monday next following the expiration of 20 days after service of the attached documents.
Failure to do so may result in the plaintiff taking a default judgment against the defendant for the relief demanded in the Plaintiff
Kinder Morgan Louisiana Pipeline LLC's Original Petition.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*___ N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte*___ N/A

* If appropriate, identity and address of the person interested in the transmission of the document.
   *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
** Delete if inappropriate.
   *Rayer les mentions inutiles.*

3

04/12/09.

Sunil G. Chavan

Caluk
Clerk.

Receivd Copy of Judicil
Documents and Copy of Petition
and Exhibit No. A, B, C, D, E, F, G, H.

Served Defendant

Bailiffs Report is on saperate paper-
attached herewith.

SN
Gaibwad
Bailiff 4/12/2009
(S.N. Gaibwad)

CAUSE NO. 2009-54103
RECEIPT No. 3100

TR# 72447923

| Plaintiff: | In The 11TH |
|---|---|
| Kinder Morgan Louisiana Pipeline LLC | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 Caroline |
| Welspun Gujarat Stahl Rohren Limited | Houston, Texas 77002 |

(Citation) (Secretary of State Corporate Non-Resident)

**THE STATE OF TEXAS**
**County of Harris**

To:   Welspun Gujarat Stahl Rohren Limited, Trade World, "B" Wing, 9th Floor, Kamala Mills Compound, Senapati Bapat Marg, Lower Parel, Mumbai 400 013 India by Serving through the Hague Convention by serving the Central Authority, The Ministry of Law and Justice, Department of Legal Affairs,

4th Floor, A-Wing, Shastri Bhavan, 110 001, New Delhi, India.

Attached is a copy of: Plaintiff's Original Petition

This instrument was filed on the August 24, 2009, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorneys do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on the 17th day of SEPTEMBER, 2009, under my hand and seal of said court.

Issued at the request of:
Edmund Lee Haag III
1301 McKinney Suite 5100
HOUSTON , TEXAS 77010-3095
(713) 651-5151
Bar Number 08657700

Loren Jackson, District Clerk
Harris County, Texas
201 Caroline Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

By _____

Deputy: V Brooks

---

**OFFICER - AUTHORIZED PERSON RETURN**

Came to hand at _____ o'clock ___ .M. On the _____ day of _____, 20_____. Executed at

(Address)_____

in _____ County at o'clock ___ . M. On the _____ day of _____, 20____,

by

Delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the _____. Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20.

Fees $_____

_____        By _____
Affiant                                                                  Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 2000.

_____
Notary                                                                  Public



04/12/09,

Sunil G. Chavan,

Clerk

Received Copy of Judicial Documents
and Copy of Petition and
Eehi Exehibit. A, B, C, D, E, F, G, H.

Served Defendent

Bailiffs Report is on saperate paper—
attached herewith.

Bailiff 4/12/2009.

(S.N. Gaibwad)

CAUSE NO. <u>2009-54103</u>

| | | |
|---|---|---|
| KINDER MORGAN LOUISIANA PIPELINE LLC | § § § | IN THE DISTRICT COURT |
| Plaintiff(s), | § | |
| VS. | § | 11TH JUDICIAL DISTRICT |
| WELSPUN GUJARAT STAHL ROHREN LIMITED, ET AL | § § § | |
| Defendant(s). | § | HARRIS COUNTY, TEXAS |

## <u>AFFIDAVIT OF SERVICE</u>

Came to hand on **Thursday, August 27, 2009 at 4:30 PM,**
Executed at: **350 N ST PAUL ST, STE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at **9:00 AM,** on **Friday, August 28, 2009,**
by delivering to the within named:

### WELSPUN GLOBAL TRADE LLC (FOREIGN COMPANY)

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, MARIE GARCIA**
Each, in person a true copy of this

### CITATION and PLAINTIFF KINDER MORGAN LOUISIANA PIPELINE LLC'S ORIGINAL PETITION with EXHIBITS

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Randolph K. Burham** who after being duly sworn on oath states: "My name is **Randolph K. Burham.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**Randolph K. Burham**

Of:    **Dallas County**

By:    *[signature]*
       Authorized Person - SCH267

**Subscribed and Sworn to by Randolph K. Burham, Before Me, the undersigned authority, on this 28TH day of August, 2009.**

GREG BENEFIELD
Notary Public, State of Texas
My Commission Exp. 12-27-2009

*[signature]*
Notary Public in and for The State of Texas

RECEIPT NUMBER __3100__      0.00
TRACKING NUMBER __72443733__   ATY

_P.2_

CAUSE NUMBER __200954103__

| | |
|---|---|
| PLAINTIFF: KINDER MORGAN LOUISIANA PIPELINE LLC | In The  11th |
| vs. | Judicial District Court of |
| DEFENDANT: WELSPUN GUJARAT STAHL ROHREN LIMITED | Harris County, Texas |

### CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

TO: WELSPUN GLOBAL TRADE LLC (FOREIGN COMPANY) BY SERVING ITS REGISTERED
AGENT C T CORPORATION SYSTEM

350 NORTH ST PAUL STREET  DALLAS TX 75201

Attached is a copy of __PLAINTIFF'S ORIGINAL PETITION__

This instrument was filed on the __24th__ day of __August__ _____, 20 __09__, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __26th__ day of _____August_____, 20 __09__.

Issued at request of:
HAAG, EDMUND LEE III
1301 MCKINNEY 5100
HOUSTON, TX 77010
Tel: (713) 651-5151
Bar Number: 8657700

LOREN JACKSON, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: EASTLAND, KAREN FAY   HS9/3JG/84900

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at _____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____, _____,
                                                                                            (street address)            (city)
in _____ County, Texas on the _____ day of _____, 20____, at_____ o'clock ___.M.,
by delivering to _____, by delivering to its
                        (the defendant corporation named in citation)
_____, in person, whose name is _____,
(registered agent, president, or vice-president)
a true copy of this citation, with a copy of the _____ Petition attached,
                                            (description of petition, e.g., "Plaintiffs Original"
and with accompanying copies of _____.
                                        (additional documents, if any, delivered with the petition)
I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____        By: _____
                                (signature of officer)
                    Printed Name: _____

                    As Deputy for: _____
Affiant Other Than Officer _____        (printed name & title of sheriff or constable)

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

_____
Notary Public

N.INT.CITC.P

CAUSE NO. <u>2009-54103</u>

| | | |
|---|---|---|
| KINDER MORGAN LOUISIANA PIPELINE LLC | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | 11TH JUDICIAL DISTRICT |
| WELSPUN GUJARAT STAHL ROHREN LIMITED, ET AL | § | |
| | § | |
| Defendant(s). | § | HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Thursday, August 27, 2009 at 4:30 PM**,
Executed at: **350 NORTH SAINT PAUL STREET, SUITE 2900, DALLAS, TX 75201**
within the county of **DALLAS** at 9:00 AM, on **Friday, August 28, 2009**,
by delivering to the within named:

### LATEX CONSTRUCTION COMPANY (FOREIGN CORPORATION)

By delivering to its' **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its' **Authorized Agent, MARIE GARCIA**
Each, in person a true copy of this

### CITATION and PLAINTIFF KINDER MORGAN LOUISIANA PIPELINE LLC'S ORIGINAL PETITION with EXHIBITS

having first endorsed thereon the date of the delivery.

**BEFORE ME**, the undersigned authority, on this day personally appeared **Randolph K. Burham** who after being duly sworn on oath states: "My name is **Randolph K. Burham**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**Randolph K. Burham**

Of:   **Dallas County**

By:   _Randolph K. Burham_
       Authorized Person - SCH267

Subscribed and Sworn to by Randolph K. Burham, Before Me, the undersigned authority, on this 28TH day of August, 2009.



Notary Public in and for The State of Texas

GREG BENEFIELD
Notary Public, State of Texas
My Commission Exp. 12-27-2009

RECEIPT NUMBER    3100          0.00
TRACKING NUMBER    72444089        ATY

*P.2*

CAUSE NUMBER    200954103

PLAINTIFF:  KINDER MORGAN LOUISIANA PIPELINE LLC          In The    11th
    vs.                                                    Judicial District Court of
DEFENDANT:  WELSPUN GUJARAT STAHL ROHREN LIMITED          Harris County, Texas

### CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

TO: LATEX CONSTRUCTION COMPANY (FOREIGN CORPORATION) BY SERVING ITS
    REGISTERED AGENT C T CORPORATION SYSTEM

    350 NORTH ST PAUL STREET   DALLAS TX 75201

    Attached is a copy of    PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the    24th    day of    August    , 20  09 , in the
above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED; you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This Citation was issued under my hand and seal of said Court, at Houston, Texas, this    26th    day of
    August    , 20  09.

Issued at request of:                              LOREN JACKSON, District Clerk
HAAG, EDMUND LEE III                               Harris County, Texas
1301 MCKINNEY 5100                                 201 Caroline, Houston, Texas 77002
HOUSTON, TX 77010                                  P.O. Box 4651, Houston, Texas 77210
Tel: (713) 651-5151
Bar Number:  8657700                               Generated by: EASTLAND, KAREN FAY    HS9/3JG/84900

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at_____ o'clock ___.M., endorsed

the date of delivery thereon, and executed it at _____
                                                    (street address)                        (city)

in _____ County, Texas on the _____ day of _____, 20____, at _____ o'clock ___. M.,

by delivering to _____, by delivering to its
                        (the defendant corporation, named in citation)

_____, in person, whose name is _____,
(registered agent, president, or vice-president)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                  (description of petition, e.g., "Plaintiffs Original")

and with accompanying copies of _____.
                                      (additional documents, if any, delivered with the petition)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____                    By: _____
                                        (signature of officer)

                                 Printed Name: _____

                                 As Deputy for: _____
_____                (printed name & title of sheriff or constable)
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

                                                        _____
                                                        Notary Public

N.INT.CITC.P



# The State of Texas
## Secretary of State



2010-176452-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Request For Service Abroad and Welspun Gujarat Stahl Rohren Ltds Original Third Party Petition in the cause styled:

> Kinder Morgan Louisiana Pipeline LLC VS Welspun Gujarat Stahl Rohren Ltd Welspun Global Trade LLC and Latex Construction Company,
> Welspun Gujarat Stahl Rohren Ltd VS Arccormittal AM International FZE and Mittal Steel Galati S A
> 11th Judicial District Court Of Harris County, Texas
> Cause No: 200954103

was received by this office on December 11, 2009, and that a copy was forwarded on December 15, 2009, by REGISTERED MAIL, return receipt requested to:

> Mittal Steel Galati S A
> Ministry of Justice and Citizens Freedoms
> Department of International Law and Treaties, Strada Apollodor 17 Sector 5
> Bucuresti
> Cod 050741
> Romania

As of this date, no response has been received in this office.



FILED
Loren Jackson
District Clerk

MAR 11 2010

Harris County, Texas

Time: _____
By _____ Deputy



Date issued: February 16, 2010

Hope Andrade
Secretary of State

ST/lsv



# The State of Texas

## Secretary of State

2010-176376-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that
according to the records of this office, a copy of the Welspun Gujarat Stahl rohren Ltd's
Original Third Party Petition in the cause styled:

> Kinder Morgan Louisiana Pipeline LLC VS Welspun Gujarat Stahl Rohren
> Ltd Welspun Global Trade LLC and Latex Construction Company,
> Welspun Gujarat Stahl Rohren Ltd Third Party Plaintiff VS Arcelormittal
> Am International FZE and Mittal Steel Galatis S A
> 11th Judicial District Court Of Harris County, Texas
> Cause No: 200954103

was received by this office on December 10, 2009, and that a copy was forwarded on
December 14, 2009, by REGISTERED MAIL, return receipt requested to:

> ArcelorMittal
> Parquet Gneral pres la Cour Superieure de Justice
> Cite judiciaire, Batiment CR
> L-2080
> Luxembourg

As of this date, no response has been received in this office.

**FILED**
Loren Jackson
District Clerk

MAR 1 1 2010

Time: _____
By _____ Harris County, Texas
Deputy

Date issued: February 12, 2010

Hope Andrade
Secretary of State

ST/lsv

# YetterColeman LLP



July 22, 2010

Loren Jackson                                          *By  Hand Delivery*
Harris County District Clerk
201 Caroline, Room 420
Houston, TX 77002

> Re:    No. 2009-54103; *Kinder Morgan La. Pipeline v. Welspun Gujarat Stahl Rohren,*
>        *Ltd., et al. v. ArcelorMittal S.A., et al.,* in the 11th Judicial District of Harris
>        County, Texas

Dear Mr. Jackson:

Enclosed please find the following to be filed in the above-referenced matter:

- **Rule 11 Agreement**

Please file stamp the original and return the file-stamped copy with the messenger.  Also note, that by copy of this letter counsel of record has been notified of this filing.

Your professional courtesies in this regard are greatly appreciated.

Cordially,

George Fibbe

FILED
LOREN JACKSON
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2010 JUL 22 PM 4 22

BY_____ DEPUTY

---

www.yettercoleman.com        HOUSTON                              AUSTIN
                             909 Fannin Street, Suite 3600, Houston, Texas 77010    221 West 6th Street, Suite 750, Austin, Texas 78701
                             phone 713.632.8000  fax 713.632.8002    phone 512.533.0150  fax 512.533.0120

YetterColeman LLP

Loren Jackson                                    - 2 -                                    July 22, 2010


Cc:      Thomas E. Kuhnle            *By Facsimile and Email*
         Bingham McCutchen, LLP
         99 Park Avenue
         New York, NY 10022


         Richard Schwartz            *By Facsimile and Email*
         Schwartz, Junell, Greenberg & Outhout, LLP
         Two Houston Center
         909 Fannin, Suite 2700
         Houston, Texas 77010


         E. Lee Hagg                 *By Facsimile and Email*
         Fulbright & Jaworski, LLP
         1301 McKinney, Suite 5100
         Houston, TX 77010


         Scott G. Burdine            *By Facsimile and Email*
         Hagans, Burdine, Montgomery, Rustay, PC
         3200 Travis , Fourth Floor
         Houston, TX 77006

# YetterColeman LLP

July 22, 2010

*By Facsimile and Email*

Thomas E. Kuhnle, Esq.
Bingham McCutchen
1900 University Avenue
East Palo Alto, California 94303

Re:   No. 2009-54103; *Kinder Morgan La. Pipeline v. Welspun Gujarat Stahl Rohren, Ltd., et al. v. ArcelorMittal S.A., et al.*, in the 11th Judicial District of Harris County, Texas

Dear Tom:

Pursuant to Texas Rule of Civil Procedure 11, this letter is to confirm that third-party plaintiff Welspun Gujarat Stahl Rohren, Ltd. ("Welspun") will file an Amended Original Third-Party Petition substituting without prejudice LNM Marketing FZE as a named third-party defendant in place of AM International FZE.  Welspun had understood that AM International FZE was formerly known as, and was a successor to, LNM Marketing FZE but upon the representations and information we have provided, Welspun presently understands that AM International FZE and LNM Marketing FZE are distinct entities, and that LNM Marketing FZE continues to exist as such.  Neither of these entities has been served with the Original Third-Party Petition.  The Amended Original Third-Party Petition will also reflect that Mittal Steel Galati S.A. is now known as ArcelorMittal Galati S.A.  This change in the Amended Original Third-Party Petition was made by Welspun based upon our representation that this entity has only changed its name and has not reorganized its assets or corporate structure, though it has replaced certain members of its Board of Directors.

Furthermore, to the extent not already made, we will accept service of the Amended Original Third-Party Petition on behalf of third-party defendants ArcelorMittal S.A., ArcelorMittal Galati S.A., and LNM Marketing FZE (collectively "Third-Party Defendants"), waiving any objections to service but otherwise subject to a full reservation of rights and any and all objections to the propriety of the suit, including personal and subject matter jurisdiction, venue, statutes of limitation, and the merits of the claims.  Except as stated, this agreement to accept service in no way constitutes waiver of any of the Third-Party Defendants' rights, objections, defenses, counterclaims, or privileges under any law that may be applicable to the parties or this dispute.  Our acceptance of service will be effective July 16, 2010.

YetterColeman LLP

Thomas E. Kuhnle, Esq.                    - 2 -                         July 22, 2010


   Finally, the Third-Party Defendants will move, plead, or otherwise respond to Welspun's Amended Original Third-Party Petition no later than August 9, 2010.

   If this is acceptable, please acknowledge Welspun's agreement by signing and returning this letter to us. If you have questions, please do not hesitate to contact us.

   We appreciate your cooperation in this matter.

        Cordially,

        Yetter Coleman LLP


        By: _____
         George Fibbe
         Counsel for Third-Party Defendants
         ArcelorMittal, S.A.
         ArcelorMittal Galati S.A.
         LNM Marketing FZE


_____
Thomas E. Kuhnle
Counsel for Third-Party Plaintiff
Welspun Gujarat Stahl Rohren, Ltd.



cc:  Richard Schwartz
   Schwartz, Junell, Greenberg & Outhout, LLP
   Two Houston Center
   909 Fannin, Suite 2700
   Houston, Texas 77010